day calendar was answered 'Off,' without explanation or reason given, or request made that the case be again put upon the calendar, blocking the way of litigants who are ready and desire to try their cases. It was therefore marked for October, or, what is equivalent, to the foot of the calendar. Plaintiff now wishes to restore it to the day calendar. I can see no reason for so restoring it. If parties do not wish to try their cases, although they have answered them 'Ready' on the call calendar, then it is not too much to ask that they comply with the rule and file a stipulation before the case appears on the day calendar. Motion denied." Adolph Ruger, for appellant. Nadal, Jones & Mowton, for respondent.

PER CURIAM. Order reversed, without costs, on the ground that the appellant was within the provision of the general rules of practice, and clerk directed to restore cause to the calendar.

HIRSCHBERG, J., dissents, and votes to dismiss the appeal on the opinion of Kelly, J., at the Trial Term.

---

HARDIE et al., Respondents, v. CHARLES P. BOLAND CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Margaret Hardie and George Sims, as administrators, etc., against the Charles P. Boland Company.

PER CURIAM. Judgment and order affirmed, with costs.

SMITH, P. J., dissents, on ground that, while the fall of the chimney was some evidence of faulty construction, it was no evidence of apparent faulty construction, and therefore the charge upon the subject of res ipsa loquitur was erroneous.

---

HARDING v. CONLON et al. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Winifred F. Harding against Eva K. Conlon and others. No opinion. Motion denied, with $10 costs, and stay vacated. Order filed.

---

HARLEM RIVER CONTRACTING CO., Appellant, v. CHELSEA EXCHANGE BANK, Respondent. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by the Harlem River Contracting Company against the Chelsea Exchange Bank. C. L. Coon, for appellant. W. W. Shaw, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

HART, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. September 27, 1911.) Action by Lucy J. Hart, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 130 N. Y. Supp. 1114.

HARTMAN, Respondent, v. BERLIN & JONES ENVELOPE CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 27, 1911.) Action by John Hartman against the Berlin & Jones Envelope Company. No opinion. Judgment and order (71 Misc. Rep. 30, 127 N. Y. Supp. 187) unanimously affirmed, with costs.

---

HAUFF, Respondent, v. HERRMANN FURNITURE & PLUMBERS' CABINET WORKS, Appellant. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by William A. Hauff against the Herrmann Furniture & Plumbers' Cabinet Works. H. W. Unger, for appellant. H. H. Bowman, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

HAYES, Respondent, v. HAYES, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Catherine Hayes against Edmond J. Hayes. No opinion. Motion to dismiss appeal denied, without prejudice to a renewal thereof. Motion for stay granted, provided the appellant prosecute his appeal with due diligence. See, also, 141 App. Div. 918, 126 N. Y. Supp. 1131.

---

HECHT, Respondent, v. BLOOM, Appellant. (Supreme Court, Appellate Division, First Department. November 3, 1911.) Action by Alter Hecht against Louis Bloom. C. E. Travis, for appellant. J. Manheim, for respondent. No opinion. Judgment and order affirmed. Order filed.

---

HEILIG, Respondent, v. BURNS, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1911.) Action by Edward Heilig against William J. Burns.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 134 App. Div. 995, 119 N. Y. Supp. 1128.

WILLIAMS, J., dissents.

---

HENRY C. GRIEME CO., Respondent, v. BOOTH et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 28, 1911.) Action by the Henry C. Grieme Company against Raymond M. Booth and another. No opinion. Judgment unanimously affirmed, with costs.

---

HENRY W. ROZELL & SON, Respondent, v. DENNIN, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Henry W. Rozell & Son against Elizabeth Dennin. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

HESS, Appellant, v. HESS, Respondent. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by

Frederick Hess against Margaret Hess. No opinion. Order affirmed, with $10 costs and disbursements.

HOFMANN et al., Respondents, v. NESTEL et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Charles P. Hofmann and John M. Hofmann, as executors, etc., of Barbara Nestel, deceased, against Michael Nestel and others. No opinion. Motion denied, on condition that the appellants pay $10 costs within 10 days, perfect their appeal, place the case on the November calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs. See, also, 130 N. Y. Supp. 775.

HOHL v. KEITH & PROCTOR AMUSEMENT CO. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by William Hohl against the Keith & Proctor Amusement Company.

PER CURIAM. Exceptions overruled, and judgment directed for defendant, with costs.

HIRSCHBERG, J., dissents.

HOLBROOK, Appellant, v. KENNEDY, Respondent. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Francis R. Holbrook against Arthur Kennedy. T. F. Welsh, for appellant. J. T. Smith, for respondent. No opinion. Order affirmed, with costs. Order filed.

HOLLY, Appellant, v. COPELAND, Respondent. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by James K. Holly against Henry C. Copeland. C. L. Hoffman, for appellant. J. C. Harrison, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 139 App. Div. 906, 123 N. Y. Supp. 1121.

HOLMES, Respondent, v. HEMSTREET, Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Clara E. Holmes against Alfred Hemstreet.

PER CURIAM. Judgment and order reversed, on the ground that the verdict was against the weight of evidence, and new trial granted, with costs to appellant to abide event. See, also, 139 App. Div. 922, 124 N. Y. Supp. 1117.

SMITH, P. J., and BETTS, J., dissent.

HORN, Respondent, v. GERSTEIN, Appellant. (Supreme Court, Appellate Division, First Department. October 20, 1911.) Action by Joseph Horn against Isaac Gerstein. Chas. Goldzier, for appellant. M. D. Stouer, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HORST v. OREGON R. & NAVIGATION CO. SAME v. SOUTHERN PAC. CO. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Actions by Paul R. G. Horst against the Oregon Railroad & Navigation Company, and against the Southern Pacific Company. J. A. Haughtwout, for appellants. M. Stearns, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

HOTCHKISS, Appellant, v. LEVI, Respondent. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Henry D. Hotchkiss, as trustee, against Barthold Levi. A. I. Elkus, for appellant. E. E. Wise, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 140 App. Div. 525, 125 N. Y. Supp. 462.

HOTEL HOLDING CO., Appellant, v. WETHERBEE & WOOD, Respondent. (Supreme Court, Appellate Division, First Department. November 3, 1911.) Action by the Hotel Holding Company against Wetherbee & Wood. P. B. Olney, for appellant. A. A. Wheat, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

HUFF et al., Respondents, v. IMPERIAL STORAGE BATTERY CO., Appellants. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Thomas S. Huff and another against the Imperial Storage Battery Company. T. W. Churchill, for appellants. G. Glenn, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HUFMAN, Respondent, v. SHEA, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by William A. Hufman, Sr., against Daniel F. Shea. No opinion. Judgment affirmed, with costs.

In re HUGHES. (Supreme Court, Appellate Division, First Department. October 27, 1911.) In the matter of Frederick D. Hughes, deceased. No opinion. Application dismissed. See memorandum per curiam.

In re HUGHES. (Supreme Court, Appellate Division, First Department. November 10, 1911.) In the matter of Clara H. Hughes. No opinion. Motion denied, with $10 costs. Order filed. See, also, 130 N. Y. Supp. 1116.

In re HUGHES. (Supreme Court, Appellate Division, First Department. November 24, 1911.) In the matter of Frederick D. Hughes, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, supra.